UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 16-048 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| TERENCE ARMOND MICHAEL, | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:        September 26, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.        A complaint was filed in this Court on February 2016, charging the defendant

DETENTION ORDER
PAGE -1

01  with the offense of Felon in Possession of a Firearm.   Until now, defendant has been in state

02  custody on charges of unlawful possession of a firearm and unlawful possession of a controlled

03  substance.

04          2.      Defendant does not contest detention in this case.

05          3.      Defendant poses a risk of nonappearance due to lack of verified background

06  information and prior failures to appear.   Defendant poses a risk of danger due to criminal

07  history.

08          4.      There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the

10  danger to other persons or the community.

11  It is therefore ORDERED:

12      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

13          General for confinement in a correction facility separate, to the extent practicable, from

14          persons awaiting or serving sentences or being held in custody pending appeal;

15      2.  Defendant shall be afforded reasonable opportunity for private consultation with

16          counsel;

17      3.  On order of the United States or on request of an attorney for the Government, the

18          person in charge of the corrections facility in which defendant is confined shall deliver

19          the defendant to a United States Marshal for the purpose of an appearance in connection

20          with a court proceeding; and

21  / / /

22  / / /

DETENTION ORDER
PAGE -2

01     4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02     for the defendant, to the United States Marshal, and to the United State Pretrial Services

03     Officer.

04     DATED this <u>26th</u> day of September, 2016.

05

06                             Mary Alice Theiler

07                             United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3